IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GOODE, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 22-1320 |
| | : | |
| v. | : | |
| | : | |
| KYLE RUSSELL, JOSEPH SNELL, and JEFFERY SMITH, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of July, 2022, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by the *pro se* petitioner, James Goode (Doc. No. 2) and Goode's response to the court's July 12, 2022 Order (Doc. No. 7); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition for a writ of habeas corpus (Doc. No. 2) is **DIMISSED WITHOUT PREJUDICE IN PART** and **DISMISSED WITH PREJUDICE IN PART** as follows:

    a. The habeas petition, to the extent that the petitioner asserts claims for denial of access to the courts and racial discrimination, is **DISMISSED WITH PREJUDICE**; and

    b. The habeas petition, to the extent that the petitioner raises constitutional claims for violations of his right to a speedy trial, is **DISMISSED WITHOUT PREJUDICE**;

2. The court **DECLINES** to issue a certificate of appealability; and

3.     The clerk of court shall **MARK** this matter as **CLOSED**.

                                             BY THE COURT:

                                             /s/ *Edward G. Smith*
                                           EDWARD G. SMITH, J.